UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14022-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVA GARY THOMAS,

    Defendant.

_____/



FILED by _____ D.C.

SEP - 4 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS 1 THROUGH 5 AS SET FORTH IN THE SUPERSEDING PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a preliminary hearing in respect to the pending Superseding Petition Alleging Violations Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit Violations Numbers 1 through 5 of the Superseding Petition, this Court recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on September 4, 2013 for a preliminary hearing in respect to the Superseding Petition Alleging Violations Of Supervised Release. That Superseding Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about August 6, 2012, the defendant was unsuccessfully discharged from Residential Reentry Center located at 1577 N. Military Trail, West Palm Beach, Florida, and his whereabouts are unknown. |
| **Violation Number 2** | **Violation of Special Condition**, by failing to perform community service hours as directed. On December 29, 2011, the defendant executed a community service agreement to begin performing 16 hours of community service work |

|  |  |
|---|---|
|  | per month at the Humane Society and/or Nu-Hope Thrift Store, and to date he has failed to comply with this agreement and is currently delinquent. |
| **Violation Number 3** | **Violation of Special Condition**, by failing to participate in the Residential Reentry Center. On or about August 6, 2012, the defendant was unsuccessfully discharged from the Residential Reentry Center for disrespecting a staff member. |
| **Violation Number 4** | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On August 15, 2012, the defendant was instructed to report to the Dismiss House on August 16, 2012, and the defendant failed to report as directed. |
| **Violation Number 5** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about March 23, 2013 in Okeechobee County, Florida, the defendant did commit battery touch or strike, contrary to Florida Statute 784.03(1)(A)(1). |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violations Numbers 1 through 5 inclusive as set forth in the Superseding Petition.

3. The government announced the possible maximum penalties which the Defendant was facing. The Defendant stated that he understood those penalties. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the violations contained in the Superseding Petition. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

4. This Court detained the Defendant pending sentencing and will issue a separate Detention Order.

**ACCORDINGLY**, based upon the Defendant's admissions to Violations Numbers 1 through 5 inclusive under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers 1 through 5 inclusive as set forth in the Superseding Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this ____ day of September, 2013, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Shaniek Maynard
AFPD Fletcher Peacock
U. S. Probation
U. S. Marshal