```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 03-14022-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ALVA GARY THOMAS,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE AMENDED SUPERSEDING PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Amended Superseding Petition for Violation of Supervised Release filed on May 14, 2013.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing on September 4, 2013. A Report and Recommendation filed on September 4, 2013 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of October, 2013.

_____

```
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE



Copied: Magistrate Judge Frank J. Lynch
        Shaniek Maynard, AUSA
        Fletcher Peacock, AFPD
```