```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
    FORT PIERCE DIVISION
 CASE NO. 03-14022-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ALVA GARY THOMAS,

       Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on March 9, 2017.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on March 30, 2017. A Report and Recommendation was filed on March 30, 2017 recommending the Defendant be found in violation of numbers Four and Five as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of April, 2017.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Counsel of Record
```